Dismissed and Memorandum Opinion filed September 2, 2004









Dismissed and Memorandum Opinion filed September 2,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00350-CV

____________

 

FICHERA BUILDERS, INC.,
Appellant

 

V.

 

TEXAS GULF SEAFOOD, INC.,
Appellee

 



 

On Appeal from the
10th District Court

Galveston County,
Texas

Trial Court Cause No.  01CV0245

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 6, 2004.

On August 24, 2004, the parties filed an agreed motion to
dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed September 2, 2004.

Panel consists of Justices
Anderson, Hudson, and Frost.